## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GREEN TREE SERVICING, LLC                                                                PLAINTIFF

v.                                           No. 3:09CV00050 JLH

LARRY THOMAS and ROSIE L. THOMAS                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, this action is remanded to the Circuit Court of Crittenden County, Arkansas.

IT IS SO ORDERED this 3rd day of June, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE